# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN ORLANDIS RANDOLPH,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 70040

FILED

JUL 07 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on March 24, 2016. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc: Hon. Richard Scotti, District Judge
Brian Orlandis Randolph
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-21197